McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SURJIT SINGH,<br><br>Defendant and Judgment Debtor.<br><br>BANK OF AMERICA, N.A.,<br>(and its Successors and Assignees)<br>Garnishee. | Case No. 2:19-MC-00057 MCE KJN<br><br>**ORDER ON<br>STIPULATION TO CONTINUE HEARING<br>DATE AND BRIEFING SCHEDULE**<br><br>Criminal Case No.: 2:13-CR-00084-GEB<br><br>Old Date: June 13, 2019<br>Time: 10:00 a.m.<br>Courtroom: 25<br>Judge: Hon. Kendall J. Newman<br><br>**New Date: August 1, 2019<br>Time: 10:00 a.m.<br>Courtroom: 25<br>Judge: Hon. Kendall J. Newman** |

**Recitals**

1. On May 6, 2019, Beera Kaur requested a hearing on the United States of America's Application for Writ of Garnishment and, on May 30, 2019, she filed her Additional Briefing in Opposition to Writ. ECF 10, 12.

2. Kaur asserts that she is not married to defendant Surjit Singh, which is contrary to the United States' information and belief. The United States needs time to investigate Kaur's assertion including, but not limited to, by taking her deposition.

STIPULATION TO CONTINUE HEARING DATE
AND BRIEFING SCHEDULE; PROPOSED ORDER

1

3. To allow time for the United States to investigate and take Kaur's deposition before formulating its response and filing its brief, the parties have agreed to request that the Court reschedule the hearing and the deadline for the United States' brief.

**Stipulation**

WHEREFORE, the United States and Beera Kaur, through their respective counsel, stipulate and agree that the hearing shall be continued from June 13, 2019, at 10:00 a.m., to July 25, 2019, at 10:00 a.m., and that the United States' brief shall be due on July 18, 2019.

Respectfully Submitted,

Dated: June 6, 2019

McGREGOR W. SCOTT
United States Attorney

 */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

Dated: June 6, 2019

 /s/ Michael E. Mechill (as authorized on 6/6/2019)
MICHAEL E. MECHILL
Attorney for Beera Kaur

**ORDER**

The Court has reviewed the parties' stipulation. Unfortunately, the Court is unavailable for a hearing July 25. The Court will therefore continue the hearing to the next available date for civil motions, **August 1, 2019, at 10:00 a.m.**

IT IS SO ORDERED.

DATED: JUNE 11, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD, sing57