McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SURJIT SINGH,<br><br>Defendant and Judgment Debtor.<br><br>BANK OF AMERICA, N.A.,<br>(and its Successors and Assignees)<br><br>Garnishee. | Case No. 2:19-MC-00057 MCE KJN<br><br>**ORDER ON SECOND STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE**<br><br>Criminal Case No.: 2:13-CR-00084-GEB<br><br>Old Date:   August 1, 2019<br>Time:        10:00 a.m.<br>Courtroom: 25<br>Judge:       Hon. Kendall J. Newman<br><br>**New Date:   August 22, 2019**<br>**Time:           10:00 a.m.**<br>**Courtroom:  25**<br>**Judge:          Hon. Kendall J. Newman** |

**<u>Recitals</u>**

1. On June 6, 2019, the United States and Beera Kaur filed a stipulation and proposed order to continue the hearing date in this matter to July 25, 2019 and the United States' brief deadline to July 18, 2019. ECF 13. The court approved the stipulation, but set the hearing on its August 1, 2019 calendar due to the court's unavailability on July 25, 2019. ECF 14.

2. Counsel for the United States is scheduled to be on vacation and is unavailable for an August 1, 2019 hearing. The United States has requested that Kaur agree to reschedule the hearing to August 22, 2019.

1

3. Based on preliminary information that the United States' counsel provided to Kaur's counsel, Kaur has requested the opportunity to file an amended supplemental brief in opposition to the writ, and the United States has agreed not to oppose that request.

4. To allow time for Kaur to determine whether she will file an amended brief, and for the United States thereafter to investigate and take Kaur's deposition before formulating its response and filing its brief, the parties have agreed to request that the Court approve the schedule set forth below.

## Stipulation

WHEREFORE, the United States and Beera Kaur, through their respective counsel, stipulate and agree to the following schedule:

| | |
|---|---|
| Beera Kaur's amended brief (if any) due: | July 12, 2019 |
| Beera Kaur's deposition: | TBD in July or early August 2019 |
| United States' brief: | August 15, 2019 |
| Hearing: | August 22, 2019, at 10:00 a.m. |

Respectfully Submitted,

Dated: June 12, 2019
McGREGOR W. SCOTT
United States Attorney

 /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney

Dated: June 12, 2019

 /s/ Michael E. Mechill (as authorized on 6/12/2019)
MICHAEL E. MECHILL
Attorney for Beera Kaur

## ORDER

IT IS SO ORDERED.

Dated: June 14, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2