PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SURJIT SINGH AND BEERA KAUR,<br><br>　　　　Defendants and Judgment Debtors.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Garnishee. | Case Nos.: 2:19-MC-00057-JAM-KJN<br><br>**UNITED STATES OF AMERICA'S REQUEST FOR ORDER DIRECTING UNITED STATES MARSHALS SERVICE TO TAKE CUSTODY OF CONTENTS OF GARNISHED SAFE DEPOSIT BOXES; DECLARATION OF MICHELLE LECROY; ORDER**<br><br>Criminal Case No.: 2:13-CR-00084-GEB<br>Other Case No. 2:22-mc-184-JAM-KJN |

In its final garnishment order, the Court ordered that the two garnished safe deposit boxes at issue in this action ("Safe Deposit Boxes")[1] "remain locked and inaccessible to any persons or entities other than the United States." ECF 29 at 7. The Court further ordered that, "[i]f the United States determines that the Safe Deposit Boxes contain items that can be liquidated for the payment of restitution, the United States shall submit an appropriate order for the Court's approval." *Id.* at 8.

As set forth in the following declaration, the Safe Deposit Boxes contain contents that can be sold or liquidated for payment towards defendant's remaining criminal monetary penalties owed. The United

---

[1] The Safe Deposit Boxes are Bank of America, San Leandro Branch, Box ****06M8 and Bank of America, Dublin Branch Box ****0932.

States seeks an order directing the United States Marshals Service to re-inventory and take custody of the contents of the Safe Deposit Boxes, sell or liquidate the contents through commercially reasonable means, and send the net proceeds to the Clerk of the Court. Accordingly, the United States respectfully requests that the Court enter the proposed order submitted herewith.

Dated:  December 21, 2023    PHILLIP A. TALBERT
United States Attorney

 */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

## DECLARATION OF MICHELLE LECROY

I, Michelle Lecroy, declare as follows:

1. I am a Paralegal Specialist in the United States Attorney's Office for the Eastern District of California and am the Paralegal Specialist assigned to this matter. I make this declaration from my own personal knowledge and, if called upon to do so, I could and would testify to the facts set forth herein.

2. In the criminal judgment, the Court ordered that defendant pay a $1,200 statutory assessment, a $2,000,000 fine, and restitution of $698,787.93. The statutory assessment was paid at the time of sentencing and, primarily through the sale of defendant's real property assets and other garnishments, defendant's restitution is paid in full. The United States is now enforcing defendant's fine, and his current outstanding fine balance is $1,003,714.92.

3. In December 2019 and January 2020, pursuant to the Court's final garnishment order, I went to the Bank of America San Leandro and Dublin branches, respectively, where the Safe Deposit Boxes were opened and inventoried by Bank of America employees. Attached as Exhibits A and B are true and correct copies of the Bank's inventories of San Leandro Branch, Box ****06M8 and Dublin Branch, Box ****0932, respectively.

Executed on December 21, 2023 in Sacramento, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Michelle Lecroy*
Michelle Lecroy

# ORDER

The Court having reviewed its final garnishment order (ECF 29), and the United States of America's request for an order directing the United States Marshals Service to take custody of the contents of the garnished safe deposit boxes to be sold or liquidated for payment towards defendant's remaining criminal monetary penalties, and good cause appearing,

**IT IS HEREBY ORDERED** that the United States' request is granted in its entirety.

**IT IS FURTHER ORDERED** that the United States Marshals Service is hereby directed to take custody and possession of the contents of the following safe deposit boxes at the following Bank of America locations:

> **Dublin Branch, Safe Deposit Box ****0932**
> Bank of America
> Dublin Branch
> Tassajara Financial Center
> 4250 Dublin Blvd.
> Dublin, CA  94568
>
> **San Leandro Branch, Safe Deposit Box ****06M8**
> Bank of America
> San Leandro Branch
> Bayfair Financial Center
> 1200 Fairmont Blvd.
> San Leandro, CA  94578

Prior to the United States Marshals Service taking custody of the safe deposit box contents, garnishee Bank of America shall prepare a complete inventory of the contents of each box in the presence of the United States Marshals Service representative.  Any papers shall be photocopied, with the originals returned to defendant, provided such papers have no liquidation value.  Garnishee shall then deliver the entire contents of the safe deposit box into the custody of the United States Marshals Service.

**IT IS FURTHER ORDERED** that, upon taking custody of the safe deposit box contents, the United States Marshals Service is authorized and directed to sell or liquidate the contents of each box in a commercially reasonable manner to maximize recovery for payment towards defendant's remaining criminal monetary penalties.  The United States Marshals Service may engage as many contractors or vendors as may be needed to sell or otherwise liquidate the safe deposit box contents.  The United States Marshals Service shall communicate with and keep counsel for the United States apprised during the process of selling and liquidating the safe deposit box contents.

**IT IS FURTHER ORDERED** that, after the safe deposit box contents have been liquidated or sold, and after payment of its reasonable expenses incurred in liquidating or selling the property, the United States Marshals Service shall issue a bill of sale resulting from any liquidation or sale, and deposit the net proceeds with the Clerk of Court to be applied towards defendant's outstanding criminal monetary penalties.

**IT IS FURTHER ORDERED** that garnishee Bank of America shall allow the United States Marshals Service access to the following safe deposit boxes and their contents upon 48 hours' notice. The United States Marshals Service, in its discretion, may request access to the safe deposit boxes on the same day, or different days, as it deems appropriate, and Bank of America shall comply with the United States Marshals Service's request.

**IT IS FURTHER ORDERED** that, pursuant to the writ and the final garnishment order, Bank of America shall not grant access to, or release the contents of, the safe deposit boxes to its customers Beera Kaur, Surjit Singh, or anyone else other than the United States under any circumstance.

**IT IS SO ORDERED.**

**Dated:  December 26, 2023**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD, sing.57